UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOSH DINWIDDIE, *et al.*,<br>　　　Plaintiffs,<br><br>v.<br><br>LENOVO (UNITED STATES) INC.,<br>　　　Defendant. | No. 2:22-cv-218<br><br>Honorable Paul L. Maloney |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date (ECF No. 18), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  March 27, 2024                     /s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　United States District Judge